1  IVAN RENE MOORE
   1236 Redondo Boulevard
2  Los Angeles, CA 90019
3  (310) 871-9732

4  Opposing Party, In Propria Persona

FILED
MAY 30 2014
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:             Deputy Clerk

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

In Re                               )  Bankruptcy Case No. 2:14-bk-15698-ER
                                    )  ~~Adv. No.: 2:14-ap-01246-ER~~
**Kimberly Martin Bragg**           )  Assigned to: Judge Ernest M. Robles
                                    )
                                    )  OPPOSITION TO MOTION FOR ORDER
                                    )  SETTING BAR DATE FOR FILING OF
                                    )  PROOFS OF CLAIMS AND INTERESTS;
                                    )  MEMORANDUM OF POINTS AND
                                    )  AUTHORITIES; DECLARATION OF IVAN
                                    )  RENE MOORE
                                    )
                                    )  [NO HEARING REQUIRED]
                                    )
                                    )

ORIGINAL

TO THE HONORABLE JUDGE ERNEST ROBLES AND TO ALL PARTIES IN INTEREST:

Comes now, Ivan Rene Moore, and hereby opposes Kimberly Martin-Bragg's Motion for Order Setting Bar Date for Filing of Proofs of Claim and Interests, and hereby submits Memorandum of Points and Authorities in Opposition to the Motion and Declaration of Ivan Rene Moore.

1

# MEMORANDUM OF POINTS AND AUTHORITIES

## I.

## STATEMENT OF FACTS

The Debtor filed a fraudulent bankruptcy on March 25, 2014, which she signed under penalty of perjury. The bankruptcy schedulers and petitions contains many wilful false statements and this debtor has failed to list many creditors of this Bankrupted Estate. On April 25, 2014, Ivan Rene Moore filed an Adversarial Complaint in this action entitled Moore vs. Bragg, Adv. No.: **2:14-AP-01246-ER**, detailing the fraud and many multiple problems violation of multiple court orders and ongoing issues that this Debtor has with her fraudulent Bankruptcy petition and fraudulent filings.

On **April 28, 2014**, the first Creditor's Meeting was held, and Mr. Moore, the largest unsecured creditor, holding a Judgment in his favor for **$3,150,000.00**, and a judgment for costs of $94,621.57 plus against this Debtor Bragg, Mr. Moore was not permitted to attend the 341(a) hearing.

Another meeting was scheduled for **May 13, 2014**, with Mr. Moore present, but it was continued due to the Debtor's conflict. A third 341(a) Creditor's Meeting was rescheduled for **June 3, 2014**, and that was continued due to the Debtor conflict.

Now a fourth Meeting is scheduled on **June 17, 2014**, and hopefully it will go forward. To date Mr. Mr. Moore has not had the same opportunity given to all creditors, to examine this Debtor regarding her purported claims. Mr. Moore does have relevant questions for this Debtor and will expose the ongoing fraud. This Debtor remains in violations of at least four court orders of the Los Angeles Superior Court contempt proceeding as now in process.

On May 16, 2014, this Debtor filed her FIRST AMENDED SCHEDULE AND OR STATEMENTS. This document is also replete with additional fraudulent statements, gross, omissions and misrepresentations. May 22, 2014 this Court granted Mr. Moore's Relief From Automatic Stay to pursue four California State Court actions.

The Court also stayed the Adversarial action. Therefore no discovery and or depositions will commence in this matter which will further expose the unlawful conduct of this debtor Bragg which are in violations of Federal bankruptcy laws.

The Court set dates for status conferences ahead. Ronald Hills has filed a Motion for Relief from Stay which will be held on **June 23, 2014**.

## CONCLUSION

Mr. Moore is the largest unsecured creditor is still gathering information about many creditors of this estate that this debtor Bragg wilfully fail to list on this debtors bankruptcy petition.

These matters and this Bankruptcy Estate is nowhere near to have a bar date set, and no deadlines should be set for this Bankruptcy at this time. Given the inaccuracy in the petitions and the debtors failure to list all creditors in additions to the ongoing fraud in this filing.

This debtor Bragg in her zeal to continue her scheme of fraud, this debtor Bragg is trying to set a date to hinder obstruct other creditors of this estate that have not been properly noticed. If you review the amended petitions this debtor Bragg has added two new names yet she failed to list the proper address of the parties and list the address of the largest unsecured creditor.

Therefore no dates to bar anything should be set in this matter at this time until all creditors have been properly notified and had their lawful opportunity to file claims against this debtor Bragg.

1     Based on the foregoing this bankruptcy is in no way in any position ready for a claims deadline based on the many creditors and ongoing fraud of the Debtor Bragg, there must be completed deposition completed 314 (a) hearings of the debtor with all creditors that would be subject to this filing.

Dated: May 29, 2014

_____
IVAN RENE MOORE
OPPOSING PARTY, PLAINTIFF

4

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

1236 Redondo Avenue, Los Angeles, CA 90019

A true and correct copy of the foregoing document entitled (*specify*): Opposition to Motion for Order Setting Bar Date for Filing of Proofs of Claim and Interests

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) __05/29/2014__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
    See service list

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 05/29/2014 | Gail Lee | *[signature]* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                           **F 9013-3.1.PROOF.SERVICE**

## SERVICE LIST

**Secured Creditors**

Chase
PO Box 78420
Phoenix, AZ 85062-8420
*See Below*

Great West Retirement Services
PO Box 173764
Denver CO 80217

Wells Fargo Bank
PO Box 25341
Santa Ana, CA 92799-5341
*See Below*

**20 Largest Creditors**

Chase
PO Box 78420
Phoenix, AZ 85062-8420

Chase
PO Box 15123
Wilmington, DE 19850-5123

Citibank
PO Box 6004
Sioux Falls, SD 57117-6004

Ivan Rene Moore
1236 Redondo Blvd
Los Angeles, CA 90019

Law Offices of Thomasina Reed
5777 West Century Boulevard
Los Angeles, CA 90045

Los Angeles Police Credit Union
16150 Sherman Way
Van Nuys, CA 91410

Stone Busailah, LLP
Attn: Michael Williamson, Esq.
200 East Del Mar Boulevard
Pasadena, CA 91105

Strategic Acquisitions, Inc., et al
c/o Lane Nussbaum
West Coast Law, APC
27489 Agoura Rd., Ste 102
Agoura Hills, CA 91301

Wells Fargo Bank
PO Box 25341
Santa Ana, CA 92799-5341

Andrew Goodman
16000 Ventura Blvd Suite 1000
Encino, California 91436

United States Trustee
Peter C. Anderson
915 Wilshire Blvd Suite 1850
Los Angeles, California 90017

Ronald Hills
1236 Redondo Blvd
Los Angeles Calif 90019

United States Trustee Counsel
Queenie Ng
915 Wilshire Blvd Suite 1850
Los Angeles, California 90017