1  **IVAN RENE MOORE**
   **1236 Redondo Boulevard**
2  **Los Angeles, CA  90019**
   **310 871-9732**
3



4  **Largest Creditor**

5

6              UNITED STATES BANKRUPTCY COURT

7              CENTRAL DISTRICT OF CALIFORNIA

8

9  **In Re**                              )  **Bankruptcy Case No.**
                                          )  **2:14-bk-15698-BR**
10 Kimberly Martin Bragg                   )
                                          )  **Adversary Case No.**
11 _____        )  **2:14-ap-01246-ER**
                                          )
12 Ivan Rene Moore,                        )
                                          )  Assigned to:  **Judge Ernest M.  Robles**
13             Plaintiff,                  )
                                          )  **OBJECTION TO PAY  ANY FUNDS TO**
14                                         )  **THOMASINA REED AS STATE COURT**
                                          )  **COUNSEL :**
15 **vs.**                                )
                                          )  Date:  Not Set
16                                         )  Time:  Not Set
   Kimberly Martin-Bragg;  George Barbour, )  **Place: 255 W. Temple, Courtroom 1568**
17 Andrew Goodman, Greenberg & Bass, LLP  )        **Los Angeles, CA**
   And Does 1 through 10, inclusive,       )
18                                         )
             Defendants.                   )  **REQUEST FOR HEARING**
19                                         )
20                                         )   **ORIGINAL**
                                          )
21 _____        )

22

23        **TO ALL DEFENDANTS AND TO THEIR ATTORNEYS OF RECORD:**

24 Plaintiff, Ivan Rene Moore, hereby files this objection and request a hearing regarding paying

25 Thomasina Reed any funds from the estate of the debtor Bragg based on this debtor is hiding over

26 **$100,000.00** in cash that belongs to this creditor and has failed to account for the money. This

27 debtor Bragg has used this creditors money to fund her bankruptcy, legal fees and life style.

28

                                        1

1    This debtor Bragg has also failed to list over **$20,000,000.**, plus owned by this creditor

2   Moore and other person(s) property in this debtor possession and control. This debtor has also

3   failed to account for or list on this debtors Bragg bankruptcy schedules the location and or

4   locations of the property in question.

5    A Los Angeles Superior Court jury has found that the debtor Bragg unlawfully converted

6   and trespass this creditors property and awarded $5,650,000 against the debtor Bragg . The debtor

7   Bragg has wilfully failed to return the property after the court ordered this debtor to return the

8

9   property. This court should be aware that Reed was the attorney for Bragg in that case.

10    The request to hire Ms. Reed as council stated nothing about post-bankruptcy payments to

11   Reed in the initial filing and or request that was received by the creditor.

12    Ms. Reed in a clandestine manner filed a request for payments for fees after the filing for

13   request to be hired a State court council and never served that document or documents on this

14

15   creditor or other creditor's  in the case regarding any request of a post-bankruptcy payments.

16    Me. Reed Bragg and Mr. Goodman are facing Contempt of Court charges in the Los

17   Angeles Superior Court.  The hearing set for July 24th 2014 at 8:30 a.m. department (46) Judge

18   Shaller presiding. They have also been reported to the proper authorities regarding their unlawful

19   contempt of court conduct in these various actions.

20    There should not be any payments to any unsecured creditors from this bankruptcy estate

21   funds until the adversary proceeding is complete and a determination regarding the filing of this

22

23   fraudulent bankruptcy filing has be adjudicated in a court of law.

24    This Court should also be aware that this attorney Ms. Reed is also a creditor in this

25   bankruptcy which is a conflict and we are at that point now.

26    There is no possible way for this debtor to prevail in any litigation based on her fraud

27   forgery and theft of this creditor and others real and personal property. This debtor Bragg has

28

1   purportedly paid over $300,000 in legal fees and now had judgment against her that exceeds 5

2   million dollars and counting.

3        This debtor has filed this bankruptcy in an effort to hinder and delay and obstruct others

4   for their real and personal property and to loot property and assets of the various Moore

5   corporations that have already been determined to be the Moore corporations in a court of law and

6

7   the court of appeal.

8        For the foregoing reasons, this creditor is now requesting a hearing on this matter forthwith

9   or on Jul 28th 2014 at 10:00 a.m. when this creditor is filing a relief for stay motion that will be

10  heard on that day in the court.

11

12       I declare under penalty of perjury under the laws of the State of California that the
    foregoing is true and correct. Executed at Los Angeles, California on July 6th, 2014

13

14  Respectfully Submitted.

15  Dated: July 6th , 2014

16                                            Ivan Rene Moore

17

18

19

20

21

22

23

24

25

26

27

28

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

1236 Redondo Blvd Los Angeles California 90016

A true and correct copy of the foregoing document entitled (*specify*): _____
OBJECTION TO PAY  ANY FUNDS TO THOMASINA REED AS STATE COURT COUNSEL : _____

_____

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*)   07/07/2014   , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**:  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 07/07/2014 | Gail Lee | |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

## SERVICE LIST

### Secured Creditors:

Chase
PO Box 78420
Phoenix, AZ 85062-8420
*See Below*

Great West Retirement Services
PO Box 173764
Denver CO 80217

Wells Fargo Bank
PO Box 25341
Santa Ana, CA 92799-5341
*See Below*

### 20 Largest Creditors:

Chase
PO Box 78420
Phoenix, AZ 85062-8420

Chase
PO Box 15123
Wilmington, DE 19850-5123

Citibank
PO Box 6004
Sioux Falls, SD 57117-6004

Ivan Rene Moore
1236 Redondo Blvd
Los Angeles, CA 90019

Law Offices of Thomasina Reed
5777 West Century Boulevard
Los Angeles, CA 90045

Los Angeles Police Credit Union
16150 Sherman Way
Van Nuys, CA 91410

Stone Busailah, LLP
Attn: Michael Williamson, Esq.
200 East Del Mar Boulevard
Pasadena, CA 91105

Strategis Acquisitions, Inc., et al
c/o Lane Nussbaum
West Coast Law, APC
27489 Agoura Rd., Ste 102
Agoura Hills, CA 91301

Wells Fargo Bank
PO Box 25341
Santa Ana, CA 92799-5341

**Andrew Goodman**
**16000 Ventura Blvd Suite 1000**
**Encino, California 91436**

**United States Trustee**
**Peter C. Anderson**
**915 Wilshire Blvd Suite 1850**
**Los Angeles, California 90017**

**Ronald Hills**
**1236 Redondo Blvd**
**Los Angeles Calif 90019**

**United States Trustee Counsel**
**Queenie Ng**
**915 Wilshire Blvd Suite 1850**
**Los Angeles, California 90017**

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

2012                                                    F 9013-3.1 PROOF SERVICE