IVAN RENE MOORE
1236 South Redondo Boulevard
Los Angeles, CA 90019

310 871-9732
Movant in Pro Per

FILED
AUG 26 2014
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

In re:

Kimberly Martin-Bragg,

Debtor and Debtor-in-Possession

) Chapter 11
) Case No.: 2:14-bk-15698-ER
)
) Adversary Proceeding No 2:14-AP-01246.ER.
)
) [Hon. Ernest Robles]
)
) **CREDITOR IVAN RENE MOORE'S**
) **OBJECTION TO PROFESSIONAL FEE**
) **REQUESTED AND STATEMENT FILED**
) **BY DEBTOR AND DEBTOR –IN-**
) **POSSESSION'S ATTORNEY**
)
)
) Hearing Date: September 3rd 2014
) Time:        10:00 a.m.
) Room:        1568
)

ORIGINAL

Creditor Ivan Rene Moore ("Creditor") hereby files his objection to the Professional Fee Statement ("Statement") filed by Andrew Goodman, Attorney for the Debtor and Debtor in Possession Kimberly Martin Bragg.

Dated: August 25, 2014

Respectfully Submitted:

_[signature]_

Ivan Rene Moore

## MEMORANDUM OF POINTS AND AUTHORTIES

### I
### INTRODUCTION

On or about August 4, 2014, Andrew Goodman, Attorney for the Debtor and Debtor in Possession Kimberly Martin Bragg filed unsubstantiated and unwarranted Professional fee statement. The Fee statement seeks attorney's fees and expenses allegedly due to Mr. Goodman and/or the law Office of Greenberg and Bass, LLP. Debtor and Counsel for in possession are asking for Fourteen Thousand One Hundred Ten dollars and Seventy Three cent ($US14, 110.73) for alleged legal service(s) purportedly provided from June to July 2014; a month's worth legal services.

Andrew Goodman ("Mr. Goodman") attorney for the debtor and debtor in possession woefully failed to comply with the terms and spirit of Local Bankruptcy Rule 2016-1, 11 U.S.C. §§ 330 and 503 and Federal Rules of Bankruptcy Procedure, 2016.

Federal Rules of Bankruptcy Procedure requires an attorney to provide a detailed statement of the services rendered and expenses incurred to justify the amount requested. The purported Fee statement filed by Mr. Goodman failed to provide details information as to how Mr. Goodman came up with the purported fees and expenses for June, 2014 to July 2014. Further, the feigned statement failed to provide specifically, what day in June and what day in July did the purported service(s) started and ended respectively. Therefore the Court should find that such statement is frivolous and deny the Debtor and Counsel's request in its entirety.

//

//

//

## THE FEE STATEMENT SHOULD BE DENIED FOR WANT OF DETAILED INFORMATION

The Statement should be denied in its entirety because it fails to provide necessary information as required by Federal Rule of Bankruptcy Procedure 2016, Local Bankruptcy Rule 2016-1, 11 U.S.C §§ 330 and 503.

Federal Rule of Bankruptcy Procedure 2016(a) provides in pertinent part:

> ... "[a]n entity seeking interim or final compensation for services, or reimbursement of necessary expenses, from the estate shall file an application setting forth a detailed statement of (1) the services rendered, time expanded and expenses incurred, and (2) the amount requested."

In the instants case, the Debtor and Debtor in possession and her attorney failed to provide the day and time the service(s) was/were rendered and the nature of the service(s) provided by Mr. Goodman to justify the sum of $14, 110.73. Mr. Goodman failed to give a brief narrative statement of services rendered and the time expended during June, 2014 to July, 2014.

## DEBTOR BRAGG IS USING STOLEN FUND OF CREDITOR MOORE TO PAY HER LEGAL FEES

It has been proves in a court of law and the jury found that the debtor Bragg has wrongful taken over $100,000 in cash that belong to this creditor Moore in the trespass and conversion case Moore v Bragg BC 480 013 where Moore prevailed against this debtor.

It has been further proven that the debtor Bragg has failed to return the money and property notwithstanding, the debtor Bragg was ordered by the Court to return the Moore property.

The debtor Bragg in currently set for a contempt of Court hearing, in the Los Angeles Superior Court for willfully failure to follow a lawful court order.

This debtor Bragg makes less than $65,000.00 per years given that she is most of the time out on a fake disability claim. The debtor Bragg also and did not and does not have the ability to

pay these legal fees and has a history of selling this creditors property to maintain her lifestyle this court should not award any payment to the debtor's attorney until these issues is resolved regarding the money being used to pay legal fees.

### III.
### CONCLUSION

For the foregoing reasons, the Creditor Ivan Rene Moore, respectfully requests that the Honorable Court deny Mr. Goodman's Statement and request in its entirety.

Dated: August 25, 2014                             Respectfully Submitted,

                                                    _____
                                                    IVAN RENE MOORE, CREDITOR

4

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

1236 Redondo Blvd Los Angeles California 90019

A true and correct copy of the foregoing document entitled (*specify*): CREDITOR IVAN RENE MOORE'S OBJECTION TO PROFESSIONAL FEE REQUESTED AND STATEMENT FILED

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) __08/25/2014__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 08/25/2014 | Rene Moore | *signature* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

## SERVICE LIST

**Secured Creditors**

Chase
PO Box 78420
Phoenix, AZ 85062-8420
See Below

Great West Retirement Services
PO Box 173764
Denver CO 80217

Wells Fargo Bank
PO Box 25341
Santa Ana, CA 92799-5341
See Below

**20 Largest Creditors**

Chase
PO Box 78420
Phoenix, AZ 85062-8420

Ivan Rene Moore
1236 Redondo Blvd
Los Angeles, CA 90019

Stone Busailah, LLP
Attn: Michael Williamson, Esq.
200 East Del Mar Boulevard
Pasadena, CA 91105

Chase
PO Box 15123
Wilmington, DE 19850-5123

Law Offices of Thomasina Reed
5777 West Century Boulevard
Los Angeles, CA 90045

Strategic Acquisitions, Inc., et al
c/o Lane Nussbaum
West Coast Law, APC
27489 Agoura Rd., Ste 102
Agoura Hills, CA 91301

Citibank
PO Box 6004
Sioux Falls, SD 57117-6004

Los Angeles Police Credit Union
16150 Sherman Way
Van Nuys, CA 91410

Wells Fargo Bank
PO Box 25341
Santa Ana, CA 92799-5341

Andrew Goodman
16000 Ventura Blvd Suite 1000
Encino, California 91436

Ronald Hills
1236 Redondo Blvd
Los Angeles Calif 90019

United States Trustee
Peter C. Anderson
915 Wilshire Blvd Suite 1850
Los Angeles, California 90017

United States Trustee Counsel
Queenie Ng
915 Wilshire Blvd Suite 1850
Los Angeles, California 90017